COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

ROGER LIVERMAN,      §     No. 08-13-00089-CV

     Appellant,     §      Appeal from the

v.           §      112th District Court

KATHERYN PAYNE-HALL AND   §      of Upton County, Texas
JOSEPH HALL,

            §      (TC# 11-05-U4182-OTH)

     Appellees.

            §

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **November 6, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Matthew J. Kita, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 6, 2014.

IT IS SO ORDERED this 28th day of October, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.